UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action |
| *Plaintiff,* | Criminal No.: 09-237 (SRC) |
| v. | |
| STEPHEN ANTHONY FAVATO, | **CONTINUANCE AND SCHEDULING ORDER** |
| *Defendants.* | |

This matter having been opened to the Court on the application of defendant Stephen A. Favato, by his counsel, Alan L. Zegas, Esq., for an order adjourning the trial date, and the Court having considered the arguments of counsel; and the charges being the result of a lengthy investigation, and the defendant and his counsel needing additional time to review discovery and investigate the charges in this case; and the defendant needing sufficient time to review voluminous documents; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The Indictment in this case involves allegations of violations that occurred over a period of four years.

2. The documents and recordings in this case are voluminous; numerous documents and recordings were obtained during the course of the investigation. The discovery in this case includes multiple recordings of conversations between the defendant and a confidential informant, extensive tax and audit files from the defendant's accounting firm, and bank records from several bank accounts.

3. The defendant and his counsel need time to review and analyze discovery in order to prepare for trial.

4. The grant of a continuance will enable the defendant to adequately review the discovery and proceed with trial.

5. Pursuant to Title 18 of the United States Code, Section 3161(hY7), the ends of justice are served by granting the continuance and they outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 2̲7̲ day of April 2010,

ORDERED that the proceedings in the above-captioned case are continued from and including March 29, 2010 to and including August 17, 2010; and

IT IS FURTHER ORDERED that the period from and including March 29, 2010, to and including August 17, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that jury selection and trial will commence on **August 17, 2010**, or on a date thereafter determined by the Court.

_____
HON. STANLEY. R CHESLER
United States District Judge