

U.S. Department of Justice
Tax Division

Northern Criminal Enforcement Section
P.O. Box 972, Ben Franklin Station          (202) 514-5150
Washington, D.C. 20044            Telefax: (202) 514-8455

September 27, 2010

**Via Electronic Filing**

The Honorable Stanley R. Chesler
United States District Court Judge
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S.P.O. and Courthouse
P.O. Box 999
Newark, New Jersey 07101-0999

Re:   United States v. Stephen Favato, Crim. No. 09-237

Dear Judge Chesler:

Defendant Stephen Favato filed a motion for a new trial on September 8, 2010, and, with the Government's consent to a continuance, filed a lengthy brief in support of this motion on September 20, 2010. The Government's response is presently due September 30, 2010. The Government hereby requests a comparable continuance, bringing its due date to Monday, October 11, 2010. Counsel for Mr. Favato have consented to this continuance.

Respectfully submitted,

Patrick J. Murray
Trial Attorney

9/28/2010
SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.