UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | : | Criminal Action No. 09-237 (SRC) |
| Plaintiff, | : | |
| v. | : | ORDER |
| STEPHEN ANTHONY FAVATO, | : | |
| Defendant. | : | |

**CHESLER, District Judge**

This matter having come before the Court on the motion for a new trial and for a judgment of acquittal by Defendant Stephen Anthony Favato; and the Court having considered the parties' submissions; and the Court having held oral argument on October 21, 2010; and for the reasons stated on the record of oral argument on October 21, 2010,

**IT IS** on this 21st day of October, 2010,

**ORDERED** that Defendant's motion for a new trial and for a judgment of acquittal (Docket Entry No. 55) is **DENIED**.

    s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J